THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. QUINN, Appellant, *v.* THOMAS L. FEITNER et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Quinn* v. *Feitner*, 30 App. Div. 241, affirmed.
(Argued June 8, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 28, 1898, affirming an order of Special Term denying a motion for a peremptory writ of mandamus to compel the respondents to certify and submit to the comptroller of the city of New York a proper payroll.

*Joseph A. Burr* for appellant.

*Almet F. Jenks* and *William J. Carr,* for respondents.

Order affirmed, with costs, on opinion below.
All concur.